USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2021



# raiser & kenniff
## ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Douglas M. Reda

300 Old Country Rd, Suite 351
Mineola, NY 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Edward Fregosi
John J. Rivas
Amy Sklar
Anthony J. Colleluori
Bruce R. Connolly
Marc S. Albert
Anthony V. Falcone
Jonathan Tand

June 7, 2021

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
New York, NY 10007-1313

Re: Freud v. New York
Case No.: 21-cv-02...

> **Granted. SO ORDERED.**
>
> Date: 6/8/2021
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Dear Judge Vyskocil:

This office represents Abraham Freud in the above-referenced matter.

We write to respectfully request permission to file, under seal, our response to the Court's Order to Show Cause. Our response will contain medical information that would otherwise be protected by HIPAA laws.

We will be filing our response to Defense counsel's motion to dismiss publicly.

Thank you in advance for your attention to this matter.

Very truly yours,

*Anthony J. Colleluori*
Anthony J. Colleluori, Esq.

cc: Rachel M. DiBenedetto (via ECF)
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007

Manhattan Office
87 Walker Street
New York, NY 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746