```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM FREUD,

      Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

      Defendants.

21-cv-02281 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of an ex-parte Motion to Withdraw as Attorney from Plaintiff's counsel. [ECF No. 46]. Plaintiff is directed to file, either through his Counsel or through e-mail to this Court, a response to his Counsel's Motion to Withdraw and whether he consents. Counsel is directed to provide a copy of this order to Plaintiff and assist Plaintiff in transmitting his letter to the Court as appropriate.

  Defendants are invited to respond on or before September 3, 2021 as to whether they oppose the Motion and their grounds, if any, for doing so. The Motion to Dismiss and the September 3, 2021 deadline to oppose are held in abeyance pending the resolution of the Motion to Withdraw as Attorney.

**SO ORDERED.**

**Date: August 27, 2021**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1