```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM FREUD,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

21-cv-02281 (MKV)

ORDER REGARDING COMMUNICATIONS WITH THE COURT

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the Plaintiff dated October 18, 2021 detailing communications with his former counsel. That letter, which does not relate to the Parties' dispute, shall be filed under seal pending further order from the Court. The Plaintiff is advised that any dispute with his former counsel does not relate to this matter and therefore Plaintiff should not send the Court correspondence regarding his communications with his former counsel.

    On October 12, 2021, Plaintiff filed a letter stating his intent to proceed in this case *pro se*. [ECF No. 51]. Plaintiff is reminded that the Court set a deadline of November 12, 2021 for Plaintiff to respond to Defendants' Motion to Dismiss [ECF No. 39]. [ECF No. 48].

**SO ORDERED.**

Date: October 25, 2021
New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1