```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABRAHAM FREUD,

                        Plaintiff,

-against-                                                                21 **CIVIL** 2281 (MKV)

                                                                  **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, DOROTHY COLLINS individually
and in her official capacity, RUDY GIULIANI,
individually and in his official capacity, and
MARJORIE DALRYMPLE individually and in her
official capacity,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2022, Defendants' Motion to Dismiss is GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

           March 25, 2022

                                                                      **RUBY J. KRAJICK**

                                                                        **Clerk of Court**
                                                  BY:

                                                                        **Deputy Clerk**