UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ABRAHAM FREUD,

                Plaintiff,                       **NOTICE OF APPEAL**
    -against-

                                                    **21-cv-02281 (MKY)(BR)**
THE NEW YORK CITY DEPARTMENT OF
EDUCATION, DOROTHY COLLINS, individually
and in her official capacity, RUDY E. GIULIANI,
individually and in his official capacity, and
MARJORIE DALRYMPLE individually and in
her official capacity,

                Defendants.
-------------------------------------------------------X

        **NOTICE** is hereby given that Plaintiff ABRAHAM FREUD hereby appeals to the United

States Court of Appeals for the Second Circuit from the Opinion, and Order granting Defendants'

Motion to Dismiss dated March 25, 2022 duly entered in this action on the 25th day of March,

2022 and from the judgment duly entered on the 25th day of March, 2022.

Dated: New York, New York
      April 22, 2022                      Respectfully submitted,

                                      STEWART LEE KARLIN
                                    LAW GROUP, PC

                                    _____
                                    STEWART LEE KARLIN
                                    Attorneys for Plaintiff
                                    111 John Street, 22nd Floor
                                    New York, N.Y. 10038
                                    (212) 792-9670